<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6352**

———————

UNITED STATES OF AMERICA,

                                     Plaintiff - Appellee,

      versus

BANDELE M. JONES,

                                   Defendant - Appellant.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Charles H. Haden II, Chief District Judge. (CR-95-51, CA-02-1)

———————

Submitted: May 16, 2002               Decided: May 28, 2002

———————

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Bandele M. Jones, Appellant Pro Se. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bandele M. Jones appeals the district court's order denying relief in his motion pursuant to 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's order adopting the magistrate judge's recommendation and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. See United States v. Jones, Nos. CR-95-51; CA-02-1 (S.D.W. Va. Feb. 6, 2002). Additionally, we deny Jones' motions to proceed in forma pauperis, to amend the record, and for oral argument, which we dispense with because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2